UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 03-cr-00275-WYD-8

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. STACY EUGENE WHITAKER,

    Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant Stacy Eugene Whitaker filed a Motion to Reduce Sentence Pursuant to the Fair Sentencing Act [ECF No. 781]. Accordingly, it is ORDERED that the Government and the United States Probation Department shall file a **substantive** response to this motion not later than **Monday, November 14, 2011.**

    Dated: November 1, 2011