AO 247 (06/09) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| STACY EUGENE WHITAKER | ) | Case No: 03-cr-00275-WYD-02 |
| | ) | USM No: 31867-013 |
| Date of Previous Judgment: June 5, 2008 | ) | Abraham V. Hutt, Appointed |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of **X** the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

**X** DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: 30 | | Amended Offense Level: 30 | |
| Criminal History Category: II | | Criminal History Category: II | |
| Previous Guideline Range: 120 to 135 months | | Amended Guideline Term: 120 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

## III. ADDITIONAL COMMENTS


Except as provided above, all provisions of the judgment dated June 5, 2008, shall remain in effect.

**IT IS SO ORDERED**.

Order Date: April 30, 2012                                   s/ Wiley Y. Daniel
                                                          *Judge's signature*

Effective Date: _____                           Wiley Y. Daniel, Chief United States District Judge
*(if different from order date)*                        *Printed name and title*